[No. 4088.]

JOSSEY v. THE ATCHISON, TOPEKA & SANTA FE RAILWAY CO.

APPELLATE PRACTICE—JURISDICTION OF SUPREME COURT—NON-SUIT.

The supreme court has no appellate jurisdiction to review a judgment of non-suit, where there is no money judgment, and where the action does not relate to or involve a freehold or franchise, nor involve a constitutional question.

*Appeal from the District Court of El Paso County.*

Messrs. VANATTA & MASTERSON for appellant.

Mr. CHAS. E. GAST, Mr. HENRY A. DUBBS and Mr. HORACE G. LUNT for appellee.

CHIEF JUSTICE CAMPBELL delivered the opinion of the court.

This action was brought by appellant in the district court of El Paso county to recover from appellee $10,000, which he claims as damages resulting to him on account of his ejection from one of its passenger trains. At the close of plantiff's evidence a motion for judgment as of non-suit was made by defendant and sustained by the court, and the action was thereupon dismissed. From that judgment appellant has appealed to this court. Appellee has filed a motion here to dismiss the appeal on the ground that there is no jurisdiction in this court to entertain it.

The action in no wise relates to, or involves, a free-hold or franchise, nor is there any constutional question involved, and there is no money judgment. In these circumstances, under repeated decisions of this court, we are without jurisdiction to review the judgment. *Timerman v. So. Denver Real Estate Co.* 20 Colo. 147; *Conley v. Boyvin,* 25 Colo. 498; *First Nat. Bank of Denver v. Follett,* 27 Colo. 512.

The appeal should be dismissed for want of jurisdiction, and it is so ordered.

*Appeal dismissed.*